UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KURT FOSTER REBENNACK | ) CASE NO. 13-09952-JJF-13 |
| | ) |
| DEBTOR | ) |
| | ) |

**MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT**
Home Point Financial Corporation – Claim #3

Comes now Ann M. DeLaney, Trustee herein, and moves the Court pursuant to Fed.R.Bankr.P. 3002.1(h), for the entry of an order in this case determining that the Debtor has cured the default and paid all required post-petition amounts relative to his mortgage loan with Home Point Financial Corporation (Creditor). In support of this Motion, Trustee states as follows:

1. Debtor filed Chapter 13 bankruptcy on 9/18/2013. Included in the plan was a provision that Debtors' post-petition mortgage payments would be paid via Trustee conduit to the Creditor. Debtor has made all plan payments to date in accordance with the Plan (or amendments thereto).

2. Stonegate Mortgage Corporation filed a Proof of Claim (POC) #3 on 10/29/2013. Total amount of the secured claim was listed at $124,258.00 with an arrearage claim of $3,259.88. Conduit payments paid by the Trustee would subsequently total $51,981.60.

3. A Transfer of Claim Other than for Security was filed 6/29/2017 transferring the claim from Stone Gate Mortgage Corporation to Home Point Financial Corporation.

4. Trustee filed a Notice of Final Cure Payments on 9/11/2018 reflecting the payment of $3,259.88 in pre-petition arrearage and $51,981.60, which represent post-petition conduit payments from 10/2013 through and including 9/2018 at the rate of $866.36 for 60 months.

5. No Notice of Payment Change was filed during the course of the bankruptcy.